```
 1  WILLIAM W. NOLAN, State Bar #072115
    J. RUSSELL CUNNINGHAM, State Bar #130578
 2  VICTORIA C. BAKER, State Bar #208048
    DESMOND, NOLAN, LIVAICH & CUNNINGHAM
 3  1830 15th Street
    Sacramento, California  95814
 4  Telephone: (916) 443-2051
    Facsimile: (916) 443-2651
 5
    Attorneys for Michael Hat
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL HAT dba<br>MICHAEL HAT FARMING COMPANY,<br><br>Debtor. | District Court Case No.: 2:07-CV-00274-MCE<br><br>Bankruptcy Court Case No.: 04-32497-B-11 |
| MICHAEL HAT,<br><br>Appellant,<br><br>vs.<br><br>JOHN VAN CUREN, Trustee, and GREAT AMERICAN INSURANCE COMPANY;<br><br>Appellees. | Adversary Proceeding No.: 04-2481-B<br><br>**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF** |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA FROM A JUDGMENT ENTERED BY THE HONORABLE THOMAS C. HOLMAN, BANKRUPTCY JUDGE

_____

The application of appellant, Michael Hat ("Appellant") seeking an extension of time to file Appellant's opening brief has been filed. The Court having considered the application and good cause appearing therefor,

**IT IS ORDERED** that:

1. The application be, and hereby is, granted.

2. The deadline for Appellant to file and serve Appellant's Opening Brief is extended to June 20, 2007, fourteen (14) calendar days from the original deadline of June 6, 2007.

Dated: June 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE