1  **WILLIAM W. NOLAN, State Bar #072115**
   **J. RUSSELL CUNNINGHAM, State Bar #130578**
2  **VICTORIA C. BAKER, State Bar #208048**
   **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
3  1830 15th Street
   Sacramento, California 95814
4  Telephone: (916) 443-2051
   Facsimile: (916) 443-2651
5
   Attorneys for Michael Hat
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| In re: | District Court Case No.: 2:07-CV-00274-MCE |
| MICHAEL HAT dba<br>MICHAEL HAT FARMING COMPANY, | Bankruptcy Court Case No.: 04-32497-B-11 |
| Debtor. | |
| | Adversary Proceeding No.: 04-2481-B |
| MICHAEL HAT,<br><br>        Appellant,<br><br>vs.<br><br>JOHN VAN CUREN, Trustee, and<br>GREAT AMERICAN INSURANCE<br>COMPANY;<br><br>        Appellees. | **ORDER GRANTING APPLICATION FOR SECOND EXTENSION OF TIME TO FILE APPELLANT'S BRIEF** |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF CALIFORNIA FROM A JUDGMENT ENTERED BY
THE HONORABLE THOMAS C. HOLMAN, BANKRUPTCY JUDGE

_____

-1-  Order Re: Application for Second Extension of
     Time to File Appellant's Opening Brief

     The application of appellant, Michael Hat ("Appellant") seeking a second extension of time to file Appellant's opening brief has been filed. The Court having considered the application and good cause appearing therefor,

**IT IS ORDERED** that:

1. The application be, and hereby is, granted.

2. The deadline for Appellant to file and serve Appellant's Opening Brief is extended to July 3, 2007, thirteen (13) calendar days from the current deadline of June 20, 2007.

Dated: June 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE