1  **WILLIAM W. NOLAN, State Bar #072115**
2  **J. RUSSELL CUNNINGHAM, State Bar #130578**
   **VICTORIA C. BAKER, State Bar #208048**
3  **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
   1830 15th Street
4  Sacramento, California  95814
   Telephone: (916) 443-2051
5  Facsimile: (916) 443-2651

6  Attorneys for Michael Hat

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| In re: | District Court Case No.: 2:07-CV-00274-MCE |
| MICHAEL HAT dba<br>MICHAEL HAT FARMING COMPANY, | Bankruptcy Court Case No.: 04-32497-B-11 |
| Debtor. | |
| MICHAEL HAT, | Adversary Proceeding No.: 04-2481-B |
| Appellant, | |
| vs. | **ORDER RE: STIPULATION TO CONTINUE BRIEFING SCHEDULE** |
| JOHN VAN CUREN, Trustee, and GREAT AMERICAN INSURANCE COMPANY; | |
| Appellees. | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA FROM A JUDGMENT ENTERED BY THE HONORABLE THOMAS C. HOLMAN, BANKRUPTCY JUDGE
_____

1  Based on the Court's review of the Stipulation to Continue Briefing Schedule between
2 appellant Michael Hat and appellee John Van Curen, Chapter 11 Trustee of the Bankruptcy Estate
3 of Michael Hat, and good cause appearing therefore;

4  **IT IS HEREBY ORDERED** that the briefing schedule in this matter, currently scheduled
5 to commence on July 3, 2007, be, and hereby is, continued to and shall commence on
6 October 1, 2007.

Dated: July 9, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE