**WILLIAM W. NOLAN, State Bar #072115**
**J. RUSSELL CUNNINGHAM, State Bar #130578**
**VICTORIA C. BAKER, State Bar #208048**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California  95814
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for Michael Hat

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Court Case No.: 2:07-CV-00274-MCE |
| MICHAEL HAT dba MICHAEL HAT FARMING COMPANY, | Bankruptcy Court Case No.: 04-32497-B-11 |
| Debtor. | |
| MICHAEL HAT, | Adversary Proceeding No.: 04-2481-B |
| Appellant, | |
| vs. | **ORDER DISMISSING APPEAL** |
| JOHN VAN CUREN, Trustee, and GREAT AMERICAN INSURANCE COMPANY; | |
| Appellees. | |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA FROM A JUDGMENT ENTERED BY THE HONORABLE THOMAS C. HOLMAN, BANKRUPTCY JUDGE
_____

-1-   Order Dismissing Appeal

The Court, having reviewed the Stipulation to Dismiss Appeal entered into between appellant Michael Hat and appellee John Van Curen, Chapter 11 Trustee of the Bankruptcy Estate of Michael Hat, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that:

1. The above-referenced appeal shall be dismissed; and

2. Michael Hat and John Van Curen, Chapter 11 Trustee of the Bankruptcy Estate of Michael Hat, shall bear their own costs and expenses with respect to said appeal.

Dated: August 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-                                               Order Dismissing Appeal